Steven M. Tindall (Cal. Bar No. 187862)
Aaron Blumenthal (Cal. Bar No. 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700
Fascimile: 510-350-9701
E-Mail: smt@classlawgroup.com
E-Mail: ab@classlawgroup.com

Jahan Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
Molly Frandsen (Cal. Bar No. 320094)
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: jsagafi@outtengolden.com
E-Mail: rsun@outtengolden.com
E-Mail: mfrandsen@outtengolden.com

*Attorneys for Plaintiff*

Joshua S. Lipshutz (Cal. Bar No. 242557)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
E-Mail: jlipshutz@gibsondunn.com

Theane Evangelis (Cal. Bar No. 243570)
Michael Holecek (Cal. Bar No. 281034)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
E-Mail: tevangelis@gibsondunn.com
E-Mail: mholecek@gibsondunn.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Jeanette Wass,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DoorDash, Inc.,<br><br>　　　　　Defendant. | Case No. No. 19-cv-04637-LB<br><br>**JOINT STIPULATION TO ARBITRATE AND STAY PROCEEDINGS AND [PROPOSED] ORDER**<br><br>Action Filed: August 9, 2019 |

WHEREAS, on August 9, 2019, Plaintiff filed the Complaint in this Action (ECF No. 1);

WHEREAS, on September 16, 2019, Defendant DoorDash, Inc. ("DoorDash") filed a Motion to Compel Arbitration and Stay Proceedings (ECF No. 14);

WHEREAS, the parties agree to submit Plaintiff's claims to arbitration and to stay the action pending completion of the arbitration;

THEREFORE, subject to the approval of this Court, the Parties hereby stipulate to the following:

1. Plaintiff's claims alleged in the Complaint shall be submitted to binding individual arbitration before the American Arbitration Association (AAA); and

2. This case shall be stayed pending completion of the arbitration.

Dated: September 30, 2019

Respectfully submitted,

By: */s/ Steven M. Tindall*
       Steven M. Tindall

Steven M. Tindall (Cal. Bar No. 187862)
Aaron Blumenthal (Cal. Bar No. 310605)
Dylan Hughes (Cal. Bar No. 209113)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700

Jahan Sagafi (Cal. Bar No. 224887)
Relic Sun (Cal. Bar No. 306701)
Molly Frandsen (Cal. Bar No. 320094)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

*Attorneys for Plaintiff*

- 1 - STIPULATION TO ARBITRATE AND STAY PROCEEDINGS AND [PROPOSED] ORDER
CASE NO. 19-CV-04637-LB

Dated: September 30, 2019　　　Respectfully submitted,

By: ___/s/ Joshua Lipshutz___
　　　Joshua Lipshutz

Joshua S. Lipshutz (Cal. Bar No. 242557)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
E-Mail: jlipshutz@gibsondunn.com

Theane Evangelis (Cal. Bar No. 243570)
Michael Holecek (Cal. Bar No. 281034)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
E-Mail: tevangelis@gibsondunn.com
E-Mail: mholecek@gibsondunn.com

*Attorneys for Defendant*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, this case shall be stayed pending completion of the arbitration. To avoid losing track of the case, the court sets a Status Conference for April 2, 2020 at 11:00 a.m. and directs the filing of a short update regarding the stay by March 26, 2020.

**IT IS SO ORDERED.**

Dated: __October 2__, 2019

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE