| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br>Facsimile:     415.393.8306<br><br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>MICHAEL HOLECEK, SBN 281034<br>  mholecek@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:    213.229.7000<br>Facsimile:     213.229.7520<br><br>Attorneys for Defendant DOORDASH, INC. | OUTTEN & GOLDEN LLP<br>JAHAN SAGAFI, SBN 224887<br>  jsagafi@outtengolden.com<br>MOIRA HEIGES-GOEPFERT, SBN326861<br>  mhg@outtengolden.com<br>MOLLY FRANDSEN, SBN 320094<br>  mfrandsen@outtengolden.com<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone:    415.638.8800<br>Facsimile:     415.638.8810<br><br>GIBBS LAW GROUP LLP<br>STEVEN M. TINDALL, SBN 187862<br>  smt@classlawgroup.com<br>AARON BLUMENTHAL, SBN 310605<br>  ab@classlawgroup.com<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone:    510.350.9700<br>Facsimile:     510.350.9701<br><br>Attorneys for Plaintiff JEANETTE WASS |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANETTE WASS,<br><br>              Plaintiff,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>              Defendant. | CASE NO. 3:19-cv-04637-LB<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: August 9, 2019<br><br>Hon. Laurel Beeler |

Pursuant to the Joint Stipulation to Stay Proceedings filed on August 7, 2020 and granted on August 10, 2020, Plaintiff Jeanette Wass ("Plaintiff") and Defendant DoorDash, Inc. ("DoorDash") (collectively, the "Parties") hereby submit the following joint status report advising the Court of the progress of their efforts towards settlement.

After participating in private mediation with mediator David Rotman, the Parties have reached a settlement, which they are in the process of finalizing. The Parties respectfully request that the Court vacate the case management conference set for October 15, 2020, if it remains on calendar, and set a status conference for January 2021.

Dated:  September 29, 2020              OUTTEN & GOLDEN LLP


                                        By:       /s/ Jahan C. Sagafi
                                                   Jahan C. Sagafi



                                        GIBBS LAW GROUP LLP


                                        By:       /s/ Steven M. Tindall
                                                   Steven M. Tindall



                                        Attorneys for Plaintiff JEANETTE WASS


Dated:  September 29, 2020              GIBSON, DUNN & CRUTCHER LLP


                                        By:       /s/ Joshua S. Lipshutz
                                                   Joshua S. Lipshutz



                                        Attorneys for Defendant DOORDASH, INC.

## ECF ATTESTATION

I, Jahan C. Sagafi, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: September 29, 2020

By:    */s/ Jahan C. Sagafi*
       Jahan C. Sagafi

Attorneys for Plaintiff JEANETTE WASS